Dismissed and Opinion filed December 31, 2002













Dismissed and
Opinion filed December 31, 2002.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-01133-CV

____________

 

AUTO ONE ACCEPTANCE CORPORATION

and NARVIE PHILLIPS, Appellants

 

V.

 

REPUBLIC NATIONAL BANK, N.A.

and MRD INVESTMENTS, INC., Appellees

 

 

 

On Appeal from the 215th District Court

Harris County, Texas

Trial Court Cause No. 01-04543

 

 

 

M E M O R A
N D U M   O P I N I O N

            This is an appeal from a judgment
signed July 5, 2002.  On December 19, 2002, the parties filed a joint motion
to dismiss the appeal in order to effectuate a compromise and settlement
agreement.  See Tex. R. App. P. 42.1.  The motion is granted.

            Accordingly, the appeal is ordered
dismissed.  

                                                                                    PER
CURIAM

Judgment rendered and Opinion
filed December 31, 2002.

Panel consists of Justices
Edelman, Seymore, and Guzman.

Do Not Publish — Tex. R. App. P. 47.3(b).